UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 01/10082-PW |
| ) | VIOLATIONS: |
| v. ) | 18 U.S.C. § 1030(a)(5)(C) - |
| ) | Computer Fraud and Abuse |
| DAVID P. D'AMATO, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

COUNT ONE:   18 U.S.C. § 1030(a)(5)(C) - Computer Fraud and Abuse

On divers occasions in or about December 1997, at Boston, in the District of Massachusetts, and elsewhere,

DAVID P. D'AMATO,

defendant herein, did intentionally access the computer system of Suffolk University, which system is a protected computer, without authorization, and as a result of such conduct, caused damage in excess of $5,000.

All in violation of Title 18, United States Code, Section 1030(a)(5)(C).

**DOCKETED**



The United States Attorney further charges:

COUNT TWO:    18 U.S.C. § 1030(a)(5)(C) - Computer Fraud and Abuse

On divers occasions from in or about April 1999, to in or about February, 2000, at Garden City, in the Eastern District of New York, and at Harrisonburg, Virginia, and elsewhere,

DAVID P. D'AMATO,

defendant herein, did intentionally access the computer system of James Madison University, which system is a protected computer, without authorization, and as a result of such conduct, caused damage in excess of $5,000.

All in violation of Title 18, United States Code, Section 1030(a)(5)(C).

DONALD K. STERN
United States Attorney

By: _____
JEANNE M. KEMPTHORNE
Assistant U.S. Attorney

Date: March 7, 2001