# LEEDS MORELLI & BROWN, P.C.

Reply to:
One Old Country Road
Suite 347
Carle Place, NY 11514
(516)873-9550
www.lmblaw.com

*Attorneys at Law*

May 26, 2006

*Via Facsimile and DHL*

Hon. Douglas P. Woodlock
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Courtroom 1
Boston, Massachusetts 02210
Attn: Michelle Rynne, Court Clerk

    Re: *United States v. D'Amato*, Docket Number 01-10082-DPW

Dear Judge Woodlock:

    This firm represents David P. D'Amato in a civil action now pending in the United States District Court for the Eastern District of New York, *D'Amato v. Starr*, 06-CV-2429 (JS)(WDW) ("Civil Action"). I now write regarding a matter related to said Civil Action and the judgment in a 2001 criminal proceeding before this Court (*United States v. D'Amato*, Docket Number 01-10082-DPW) ("Criminal Judgment").

    My client is alleging, in the Civil Action, that the Defendants in that action have posted to and hosted on the internet a copy of the Criminal Judgment. The version of the Criminal Judgment which my client is alleging was posted and hosted by Defendants contained private and confidential information for my client, including his social security number and home address. Your Honor has since redacted said private information, for which my client very much thanks the Court.

    However, my client respectfully requests that the Court issue an Order, *nunc pro tunc*, to redact that information. The reason for this request is that several of the Defendants have stated that they are willing to remove the confidential content upon receipt of a Court Order.

    I have included a proposed Order for the Court's convenience.

                                      Respectfully submitted,

                                        Matthew S. Porges (MP-5826)[1]

---

[1] Admitted only in the Eastern and Southern Districts of New York and all of the courts of New York.